# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF DAVID WIELEPSKI,
    Plaintiff,

v.                                 Case No. 17-CV-1004

STEVEN KUHNMUENCH and CLINT CORWIN,
    Defendants.

---

## VERDICT

1. Did Steven Kuhnmuench use excessive force against David Wielepski?

    ANSWER: __No__ (Yes or **No**)

*If you answered "yes" to Question 1, then answer Questions 2 and 3. If you answered "no" to question 1, then proceed directly to Question 4.*

2. What amount of money, if any, will fairly and reasonably compensate David Wielepski for Steven Kuhnmuench's use of excessive force against him?

    ANSWER: $_____

3. What amount of money, if any, do you assess as punitive damages against Steven Kuhnmuench?

    ANSWER: $_____

*Proceed to Question 4.*

4. Did Clint Corwin use excessive force against David Wielepski?

    ANSWER: __No__ (Yes or **No**)

*If you answered "yes" to Question 4, then answer Questions 5 and 6. If you answered no to Question 4, do not answer any more questions. Proceed to the end and sign/date this form.*

5. What amount of money, if any, will fairly and reasonably compensate David Wielepski for Clint Corwin's use of excessive force against him?

    ANSWER: $_____

6. What amount of money, if any, do you assess as punitive damages against Clint Corwin?

    ANSWER: $_____

*Each juror should sign this verdict form.*

Dated: 1/28/2020